**Lloyd WEYER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 59680.**

Missouri Court of Appeals,
Western District.

March 12, 2002.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 30, 2002.

Sarah Weber Patel, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before HAROLD L. LOWENSTEIN, P.J., THOMAS H. NEWTON and RONALD R. HOLLIGER, JJ.

**ORDER**

PER CURIAM.

Mr. Lloyd Weyer appeals the judgment denying his claims in a post-conviction relief motion under Rule 29.15. For the reasons set forth in the memorandum pro-